UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Rose Emma Mendez**          :          CHAPTER:  13

                                                      :

                                                      :

          DEBTOR                          :          BANKRUPTCY NO.: **14-10619\sr**

# ORDER OF COURT

          **AND NOW**, this _____ day of _____ 2017, **after**

**notice and hearing,** and upon consideration of Debtor's Motion to Modify Chapter 13

Plan Post Confirmation:

          It is hereby **ORDERED, ADJUDGED and DECREED** that the Motion is

granted.

Dated: January 26, 2017

_____
          Hon. Stephen Raslavich
          U.S. Bankruptcy Court Judge

Copies to:

Michael D. Sayles, Esquire
427 West Cheltenham Avenue
Elkins Park, PA 19027

Frederick Reigle, Esquire
PO Box 4010
Reading, PA 19606

**All Creditors listed on attached mailing matrix**