IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  **Rosa Emma Mendez** | : | CHAPTER: 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **14-10619 SR** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, counsel for the Debtor in the above-captioned case, hereby certify that the Chapter 13 Standing Trustee, Frederick Reigle, and/or any other party of interest has failed to file a responsive pleading to Debtor's Motion to Modify Plan after Confirmation.

                                          Respectfully Submitted,

Dated: January 25, 2017                    **\s\ Michael D. Sayles**
                                                        Michael D. Sayles
                                                        Attorney for Debtor
                                                        427 W. Cheltenham Avenue
                                                        Elkins Park, PA  19027
                                                        215/635-2270