United States Bankruptcy Court
Eastern District of Pennsylvania

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 14-10619-sr
Rose Emma Mendez　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　User: Stacey　　　　　　　Page 1 of 1　　　　　　　Date Rcvd: Jan 26, 2017
　　　　　　　　　　　　　　　Form ID: pdf900　　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2017.
db　　　　　　Rose Emma Mendez,　　169 Tiber Street,　　Philadelphia, PA  19140-1626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017　　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
　　　　　　FREDERICK L. REIGLE　  ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
　　　　　　JOSHUA ISAAC GOLDMAN　  on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
　　　　　 bkgroup@kmllawgroup.com
　　　　　　MICHAEL D. SAYLES　  on behalf of Debtor Rose Emma Mendez midusa1@comcast.net,
　　　　　 MichaelDSaylesEsq@comcast.net
　　　　　　POLLY A. LANGDON　  on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
　　　　　 ecf_frpa@trustee13.com
　　　　　　THOMAS I. PULEO　  on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
　　　　　 bkgroup@kmllawgroup.com
　　　　　　United States Trustee　   USTPRegion03.PH.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Rose Emma Mendez** | : | CHAPTER: 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO.: **14-10619\sr** |

# ORDER OF COURT

**AND NOW**, this _____ day of _____ 2017, **after notice and hearing**, and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

It is hereby **ORDERED, ADJUDGED and DECREED** that the Motion is granted.

Dated: January 26, 2017

_____
Hon. Stephen Raslavich
U.S. Bankruptcy Court Judge

Copies to:

Michael D. Sayles, Esquire
427 West Cheltenham Avenue
Elkins Park, PA 19027

Frederick Reigle, Esquire
PO Box 4010
Reading, PA 19606

**All Creditors listed on attached mailing matrix**