United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-10619-jkf
Rose Emma Mendez                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Stacey              Page 1 of 1            Date Rcvd: Apr 12, 2019
                                Form ID: 138NEW           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2019.
```
db               Rose Emma Mendez,    169 Tiber Street,    Philadelphia, PA  19140-1626
13429037        +Michael Sayles, Esq.,    427 W Cheltenham Avenue #2,    Elkins Park, PA 19027-3291
13232954        +Midland Mortgage CO,    PO Box 268806,    Oklahoma City, OK 73126-8806
13232955         Midland Mortgage Co.,    PO Box 26648,    Oklahoma City, OK 73126-0648
13357206        +Midland Mortgage, a Division of MidFirst Bank,    999 NorthWest Grand Boulevard,
                  Oklahoma City, OK 73118-6051
13232956        +Pennsylvania Office of Inspector General,    555 Walnut Street,    Harrisburg, PA 17101-2524
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Apr 13 2019 03:03:35      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 13 2019 03:02:48
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 13 2019 03:03:21      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13232952         E-mail/Text: megan.harper@phila.gov Apr 13 2019 03:03:35      City  of Philadelphia,
                  Law Department,    One Parkway Building,    1515 Arch Street, 15th Floor,
                  Philadelphia, PA 19102-1595
13232953         E-mail/Text: megan.harper@phila.gov Apr 13 2019 03:03:35      City of Philadelphia,
                  Law Department-Bankruptcy Unit,    Municipal Services Building,    1401 JFK Boulevard, 5th Floor,
                  Philadelphia, PA 19102-1595
13232957         E-mail/Text: megan.harper@phila.gov Apr 13 2019 03:03:35      Water Revenue Bureau,
                  Philadelphia Department of Revenue,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                               TOTAL: 6
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                              Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2019 at the address(es) listed below:
```
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              MICHAEL D. SAYLES    on behalf of Debtor Rose Emma Mendez midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT WATERMAN     ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Rose Emma Mendez
        Debtor(s)

Bankruptcy No: 14–10619–jkf
Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                      For The Court
                      Timothy B. McGrath
                      Clerk of Court

Dated: 4/12/19

                      83 – 82
                      Form 138_new